UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:    John G. Wadsworth,           :        Chapter 13
                    Debtor             :
                                       :        Bankruptcy No. 14-18039-ref

## **ORDER**

     AND NOW, upon consideration of the Application of Debtor for Authority to Employ Special Counsel Pursuant to Section 367 and attached Verified Statement of Professional to be Employed; and it appearing that it is necessary and appropriate for the Debtor to employ Matthew Weisberg, Esquire, and it also appearing that he does not hold or represent an interest adverse to the Estate; and it is further appearing that he is a disinterested person under Title 11 of the United Stated Code; and that the employment would be in the best interests of the Estate.

     IT IS ORDERED and DECREED that the Debtor is hereby authorized to employ Matthew Weisberg, Esquire as Special Counsel, said employment to be upon the terms and conditions set forth therein.

**Date: August 3, 2016**

BY THE COURT

_____
Richard E. Fehling
U.S. Bankruptcy Judge