United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John G Wadsworth  
    Debtor

Case No. 14-18039-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Cathleen     Page 1 of 1     Date Rcvd: Aug 03, 2016  
                   Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2016.
```
db          +John G Wadsworth,    526 Hallman Road,    Douglassville, PA 19518-9330
sp          +MATTHEW WEISBERG,    Weisberg Law,   7 South Morton Avenue,    Morton, PA 19070-1707
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2016 at the address(es) listed below:
```
          BRENNA HOPE MENDELSOHN    on behalf of Debtor John G Wadsworth tobykmendelsohn@comcast.net
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
          KIMBERLY A. BONNER    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , for the
           certificate holders of the Asset-Backed Pass-Through Certificates, Series 2004-WCW1
           amps@manleydeas.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , for the
           certificate holders of the Asset-Backed Pass-Through Certificates, Series 2004-WCW1
           mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee
           mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
          RICHARD BRENT SOMACH    on behalf of Creditor    National Penn Bank rsomach@nmmlaw.com,
           msandone@nmmlaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD MILLER    on behalf of Creditor    MTGLQ Investors, L.P. wmiller@sterneisenberg.com,
           nmiller@sterneisenberg.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage
           Serving wmiller@sterneisenberg.com,    nmiller@sterneisenberg.com
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   John G. Wadsworth,          :       Chapter 13
                  Debtor             :
                                     :       Bankruptcy No. 14-18039-ref

## ORDER

    AND NOW, upon consideration of the Application of Debtor for Authority to Employ Special Counsel Pursuant to Section 367 and attached Verified Statement of Professional to be Employed; and it appearing that it is necessary and appropriate for the Debtor to employ Matthew Weisberg, Esquire, and it also appearing that he does not hold or represent an interest adverse to the Estate; and it is further appearing that he is a disinterested person under Title 11 of the United Stated Code; and that the employment would be in the best interests of the Estate.

    IT IS ORDERED and DECREED that the Debtor is hereby authorized to employ Matthew Weisberg, Esquire as Special Counsel, said employment to be upon the terms and conditions set forth therein.

**Date: August 3, 2016**

BY THE COURT

_____
Richard E. Fehling
U.S. Bankruptcy Judge