UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JOHN G. WADSWORTH, | ) | NO. 14-18039-ref |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I, Richard Brent Somach, Esquire, hereby certify on the 10th day of November, 2016, I served a true and correct copy of the Praecipe to Amend Proof of Claim #6 on the following by electronic delivery:

> Brenna Hope Mendelsohn, Esquire
> Mendelsohn & Mendelsohn PC
> 637 Walnut Street
> Reading, PA 19601
>
> Frederick L. Reigle
> Chapter 13 Trustee
> 2901 St. Lawrence Avenue
> P.O. Box 4010
> Reading, PA 19606
>
> United States Trustee
> 833 Chestnut Street
> Suite 500
> Philadelphia, PA 19107

and upon the following by first class mail:

> John G. Wadsworth
> 526 Hallman Road
> Douglassville, PA 19518

NORRIS, MCLAUGHLIN & MARCUS, PA

BY:  /s/ Richard Brent Somach, Esquire
Richard Brent Somach, Esquire