UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JOHN G. WADSWORTH, | ) | NO. 14-18039-ref |
| | ) | |
| Debtor. | ) | |

## PRAECIPE TO AMEND PROOF OF CLAIM #7

Kindly amend the Proof of Claim #7 filed on behalf of National Penn Bank in the within matter as follows:

1. The creditor shall be changed from National Penn Bank to Branch Banking and Trust Company, successor in interest to National Penn Bank.

2. The address of the creditor shall be changed to Branch Banking and Trust Company, successor in interest to National Penn Bank, Bankruptcy Section: 100-50-01-51, P.O. Box 1847, Wilson, NC 27894.

NORRIS, MCLAUGHLIN & MARCUS, PA

BY: /s/ Richard Brent Somach, Esquire
Richard Brent Somach, Esquire
Attorney I.D. No. 19521
515 West Hamilton Street, Suite 502
Allentown, PA 18101
610-391-1800