U.S. Bankruptcy Court District

District of

Bankruptcy Petition #:

Case#

**Creditor Name:**
MTGLQ INVESTORS, L.P.
c/o Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826 **Claim Number: 9**

This document is to notify the court that the notice payment change filed on 9/27/2016 has been withdrawn. This letter should stand as a withdraw.

Thank you,

/s/Carrie Dockter

Bankruptcy Case Manager

Shellpoint Mortgage Servicing

 PO Box 10826

 Greenville, SC 29603-0826