STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>John G Wadsworth<br>　　　　Debtor(s)<br>-----------------------------------------------<br>MTGLQ Investors, L.P.<br>　　　　　　　　Creditor/Movant<br>v.<br>John G Wadsworth<br>　　　　　　　Respondent | Chapter: 13<br><br>Bankruptcy Case: 14-18039-REF<br><br>Judge: FEHLING, RICHARD E. |

### ORDER APPROVING STIPULATION/CONSENT ORDER

　　　AND NOW, upon consideration of the Stipulation between Debtor and MTGLQ Investors, L.P., it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

**Date: May 16, 2017**

_____
UNITED STATES BANKRUPTCY JUDGE

MFR – APO/STIP BF