United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-18039-ref
John G Wadsworth                                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen              Page 1 of 1           Date Rcvd: May 16, 2017
                              Form ID: pdf900             Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2017.
db          +John G Wadsworth,    526 Hallman Road,    Douglassville, PA 19518-9330
sp          +MATTHEW WEISBERG,    Weisberg Law,    7 South Morton Avenue,    Morton, PA 19070-1707
cr          +MTGLQ Investors, L.P.,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
              Warrington, PA 18976-3400
13684050     MTGLQ INVESTORS, L.P.,    c/o Shellpoint Mortgage Serving,    PO Box 10826,
              Greenville, SC  29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , for the
               certificate holders of the Asset-Backed Pass-Through Certificates, Series 2004-WCW1
               amps@manleydeas.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , for the
               certificate holders of the Asset-Backed Pass-Through Certificates, Series 2004-WCW1
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , for the
               certificate holders of the Asset-Backed Pass-Through Certificates, Series 2004-WCW1
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              RICHARD BRENT SOMACH    on behalf of Creditor    National Penn Bank rsomach@nmmlaw.com,
               msandone@nmmlaw.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM B. CALLAHAN    on behalf of Debtor John G Wadsworth bill@billcallahanlaw.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    MTGLQ Investors, L.P. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage
               Serving wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                              TOTAL: 13

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br>John G Wadsworth<br>　　　Debtor(s)<br>-----------------------------------------------<br>MTGLQ Investors, L.P.<br>　　　　　　Creditor/Movant<br>v.<br>John G Wadsworth<br>　　　　　　Respondent | Chapter: 13<br><br>Bankruptcy Case: 14-18039-REF<br><br>Judge: FEHLING, RICHARD E. |
|---|---|

### ORDER APPROVING STIPULATION/CONSENT ORDER

AND NOW, upon consideration of the Stipulation between Debtor and MTGLQ Investors, L.P., it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

**Date: May 16, 2017**

_____
UNITED STATES BANKRUPTCY JUDGE

MFR – APO/STIP BF