United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
John G Wadsworth
    Debtor

Case No. 14-18039-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Cathleen     Page 1 of 1     Date Rcvd: Jun 29, 2017
                      Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2017.
```
db            +John G Wadsworth,    526 Hallman Road,    Douglassville, PA 19518-9330
sp            +MATTHEW WEISBERG,    Weisberg Law,    7 South Morton Avenue,    Morton, PA 19070-1707
13400323      +Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
13484781      +Wells Fargo Bank, N.A., as Trustee,    c/o Select Portfolio Servicing, Inc.,
               3815 South West Temple,    Salt Lake City, UT 84115-4412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2017 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , for the
               certificate holders of the Asset-Backed Pass-Through Certificates, Series 2004-WCW1
               amps@manleydeas.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , for the
               certificate holders of the Asset-Backed Pass-Through Certificates, Series 2004-WCW1
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , for the
               certificate holders of the Asset-Backed Pass-Through Certificates, Series 2004-WCW1
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed
               Pass-Through Certificates, Series 2004-WCW1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              RICHARD BRENT SOMACH    on behalf of Creditor    National Penn Bank rsomach@nmmlaw.com,
               msandone@nmmlaw.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM B. CALLAHAN    on behalf of Debtor John G Wadsworth bill@billcallahanlaw.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    MTGLQ Investors, L.P. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage
               Serving wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                              TOTAL: 14
```

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    John G. Wadsworth<br>        Debtor. | Chapter 13 |
| Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW1,<br>        Movant,<br>vs.<br>John G. Wadsworth,<br>        Debtor / Respondent,<br>and<br>Frederick L. Reigle,<br>        Trustee / Respondent. | Case No.: 14-18039-ref |

## ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY

AND NOW, upon consideration of Motion for Relief from Stay, it is hereby

**ORDERED** that Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW1 is **hereby GRANTED** relief from the automatic stay provided for by 11 U.S.C. §362 to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 107 Revere Boulevard, West Lawn, PA 19609;

**ORDERED** that Movant shall be permitted to reasonably communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law;

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

BY THE COURT:

**Date: June 29, 2017**

_____
Hon. Richard E. Fehling, U.S.B.J.