United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-18039-ref
John G Wadsworth                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa          Page 1 of 2          Date Rcvd: Jul 20, 2017
                             Form ID: pdf900      Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2017.
```
db              +John G Wadsworth,     526 Hallman Road,    Douglassville, PA 19518-9330
smg             +Bureau of Audit and Enforcement,   City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg              City Treasurer,   Eighth and Washington Streets,    Reading, PA  19601
smg             +Lehigh County Tax Claim Bureau,   17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
sp              +MATTHEW WEISBERG,   Weisberg Law,   7 South Morton Avenue,   Morton, PA 19070-1707
cr              +MTGLQ Investors, L.P.,    Stern & Eisenberg, PC,    1581 Main Street,   Suite 200,
                 Warrington, PA 18976-3400
cr              +National Penn Bank,    645 Hamilton Street,    Suite 700,   Allentown, PA 18101-2196
13400314        +Accounts Recovery Bureau,    PO BOX 70256,    Philadelphia, PA 19176-0256
13488921        +Branch Banking & Trust Company,    successor to NATIONAL PENN BANK,
                 645 Hamilton Street, Suite 700,    Allentown, PA 18101-2196
13400317        +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13400316        +Chase,   Po Box 24696,    Columbus, OH 43224-0696
13516193        +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,   Columbus, OH 43219-6009
13684050         MTGLQ INVESTORS, L.P.,   c/o Shellpoint Mortgage Serving,    PO Box 10826,
                 Greenville, SC  29603-0826
13494108        +Mendelsohn and Mendelsohn, P.C.,    637 Walnut Street,    Reading, PA 19601-3524
13400320         National Penn Bank,    Philadelphia & Reading A,    Boyertown, PA 19512
13400322        +Pennsylvania American Water,    PO BOX 371412,    Pittsburgh, PA 15250-7412
13400323        +Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
13484781        +Wells Fargo Bank, N.A., as Trustee,    c/o Select Portfolio Servicing, Inc.,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
13400325         Yong S. Shin MS and Associates,    1360 E. High Street, Building 4,    Pottstown, PA 19464

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: robertsl2@dnb.com Jul 21 2017 01:24:27    Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,   P.O. Box 520,    Centre Valley, PA 18034-0520
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 21 2017 01:24:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 21 2017 01:24:34    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
cr               E-mail/Text: bankruptcy@bbandt.com Jul 21 2017 01:23:54    BB&T,    Bnakruptcy Section,
                 PO Box 1847,   Wilson, NC  27894-1847
13433840         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 21 2017 01:33:04
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13400315        +E-mail/Text: banko@berkscredit.com Jul 21 2017 01:23:54    Berks Credit & Coll,
                 900 Corporate Dr,   Reading, PA 19605-3340
13400318        +E-mail/Text: cio.bncmail@irs.gov Jul 21 2017 01:23:53    Internal Revenue Service,
                 PO BOX 7346,   Philadelphia, PA 19101-7346
13400319        +E-mail/Text: bankruptcydpt@mcmcg.com Jul 21 2017 01:24:18    Midland Funding,
                 8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
13446615        +E-mail/Text: csc.bankruptcy@amwater.com Jul 21 2017 01:24:57    Pennsylvania American Water,
                 America Water,   PO BOX 578,    Alton, IL 62002-0578
13400324        +E-mail/Text: bankruptcy@sw-credit.com Jul 21 2017 01:24:19    Southwest Credit Syste,
                 4120 International Parkway Suite 1100,    Carrollton, TX 75007-1958
                                                                                     TOTAL: 10


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13400321*        National Penn Bank,    Philadelphia & Reading A,    Boyertown, PA 19512
                                                                 TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                              Signature:  /s/Joseph Speetjens

District/off: 0313-4          User: Lisa          Page 2 of 2          Date Rcvd: Jul 20, 2017
                             Form ID: pdf900      Total Noticed: 30

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2017 at the address(es) listed below:
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          KIMBERLY A. BONNER   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee , for the
          certificate holders of the Asset-Backed Pass-Through Certificates, Series 2004-WCW1
          amps@manleydeas.com
          LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee , for the
          certificate holders of the Asset-Backed Pass-Through Certificates, Series 2004-WCW1
          bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee , for the
          certificate holders of the Asset-Backed Pass-Through Certificates, Series 2004-WCW1
          mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee
          mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing
          agent for Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed
          Pass-Through Certificates, Series 2004-WCW1 mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee , for Park Place
          Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW1 bkgroup@kmllawgroup.com
          RICHARD BRENT SOMACH   on behalf of Creditor   National Penn Bank rsomach@nmmlaw.com,
          msandone@nmmlaw.com
          THOMAS I. PULEO   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM B. CALLAHAN   on behalf of Debtor John G Wadsworth bill@billcallahanlaw.com
          WILLIAM EDWARD MILLER   on behalf of Creditor   MTGLQ Investors, L.P. wmiller@sterneisenberg.com,
          bkecf@sterneisenberg.com
          WILLIAM EDWARD MILLER   on behalf of Creditor   MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage
          Serving wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                          TOTAL: 15

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :

JOHN G WADSWORTH
                                                  : Bankruptcy No. 14-18039REF
              Debtor(s)                           : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: July 20, 2017**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

WILLIAM B CALLAHAN ESQUIRE
LAW OFFICES OF WILLIAM B CALLAHAN
1800 EAST HIGH STREET SUITE 150
POTTSTOWN PA 19464-

JOHN G WADSWORTH
526 HALLMAN ROAD
DOUGLASSVILLE,PA.19518